CLIFFORD vs. THE STATE. [Application for Stay.]

*May 31, 1883.*

*Criminal law — Stay of execution.*

COLE, C. J. In a criminal case no stay or delay of the execution of the judgment, under sec. 4724, R. S., should be granted unless error in the proceedings on the trial clearly appears or there are some special circumstances which render a stay necessary.

A writ of error having issued out of this court, May 23, 1883, to review the proceedings in the case of *The State v. Clifford* [see *ante*, p. 113], the chief justice ordered a stay of execution of the sentence until May 31, 1883. On that day an application to the chief justice for a further stay of execution was denied, and the following opinion was filed:

COLE, C. J. In a criminal case no stay or delay of the execution of the judgment, under sec. 4724, R. S., should be granted unless error in the proceedings on the trial clearly appears, or there are some special circumstances which render a stay necessary.

In this case it does not clearly appear that there was any error committed on the trial which could prejudice the plaintiff in error; nor are any special circumstances shown which render a stay of the execution of the judgment proper and necessary.